

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STATIC CONTROL COMPONENTS, INC., <br>     PLAINTIFF/COUNTERCLAIM <br>     DEFENDANT <br><br> v. <br><br> LEXMARK INTERNATIONAL, INC., <br>     DEFENDANT/COUNTERCLAIM <br>     PLAINTIFF <br><br> v. <br><br> WAZANA BROTHERS INTERNATIONAL, <br> INC. d/b/a MICRO SOLUTIONS ENTERPRISES <br>     COUNTERCLAIM DEFENDANT <br> v. <br><br> PENDL COMPANIES, INC. <br>     COUNTERCLAIM DEFENDANT <br><br> v. <br><br> NER DATA PRODUCTS, INC. <br>     COUNTERCLAIM DEFENDANT | Pending in the United States District Court Eastern District of Kentucky, before the Honorable Gregory F. Van Tatenhove <br><br> ~~1:07MC10~~ <br><br> Civil Action 04-CV-84-GFVT <br><br> MISC. ACTION NO. 1:07MC9 |

## MOTION TO QUASH LEXMARK'S SUBPOENA ON OPPOSING COUNSEL

As set forth in the attached Memorandum in support of Motion to Quash Lexmark International, Inc.'s Subpoena on Opposing Counsel, Static Control Components, Inc. ("Static Control") moves this Court pursuant to Fed. R. Civ. P. 45(c) to QUASH Lexmark's February 2, 2007 deposition subpoena served on Andrew B. Cohen, Esq. Furthermore, pursuant to Rule 45(c), Static Control respectfully requests an Order granting an award of its costs in preparing and arguing the motion to quash Lexmark's improper subpoena.

A proposed draft order is attached to this Motion.

Dated: February 16, 2007

Respectfully Submitted,

_____
Randel E. Phillips
**Moore & Van Allen PLLC**
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Telephone: 704-331-1000

Jeffrey M. Young
**Moore & Van Allen PLLC**
430 Davis Drive, Suite 500
P.O. Box 13706
Research Triangle Park, NC 27709
Telephone (919) 286-8000

and

Joseph C. Smith, Jr.
**Bartlit Beck Herman Palenchar & Scott LLP**
1899 Wynkoop Street, 8th Floor
Denver, CO 80202
Telephone: (303) 592-3100

*Attorneys for Static Control Components, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing were served this 16th day of February 2007, by electronic mail, to the following (*) individuals:

**BY ELECTRONIC MAIL:**

Charles F. Shivel, Jr.
Steven B. Loy*
Hanly A. Ingram
STOLL, KEENON & PARK, LLP
300 West Vine St., Suite 2100
Lexington, KY 40507
Fax: (859) 253-1093
*Counsel for Lexmark Int'l, Inc.*

Joseph M. Potenza*
BANNER & WITCOFF, LTD.
1001 G Street, NW, 11th Floor
Washington, DC 20001
Fax: (202) 508-9299
*Counsel for Lexmark Int'l, Inc.*

Christopher J. Renk
Binal J. Patel*
Jason S. Shull
Timothy C. Meece
BANNER & WITCOFF, LTD.
10 S. Wacker Dr., Suite 3000
Chicago, IL 60606
Fax: (312) 715-1234
*Counsel for Lexmark Int'l, Inc.*

W. Andrew Copenhaver*
Donald R. Esposito, Jr.
Hada V. Haulsee, Mark N. Poovey
WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, NC 27101
*Counsel for Lexmark Int'l, Inc.*