UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STATIC CONTROL COMPONENTS, INC., <br>     PLAINTIFF/COUNTERCLAIM <br>     DEFENDANT <br><br> v. <br><br> LEXMARK INTERNATIONAL, INC., <br>     DEFENDANT/COUNTERCLAIM <br>     PLAINTIFF <br><br> v. <br><br> WAZANA BROTHERS INTERNATIONAL, <br> INC. d/b/a MICRO SOLUTIONS ENTERPRISES <br>     COUNTERCLAIM DEFENDANT <br> v. <br><br> PENDL COMPANIES, INC. <br>     COUNTERCLAIM DEFENDANT <br><br> v. <br><br> NER DATA PRODUCTS, INC. <br>     COUNTERCLAIM DEFENDANT | Pending in the United States District Court Eastern District of Kentucky, before the Honorable Gregory F. Van Tatenhove <br><br><br> Civil Action 04-CV-84-GFVT <br><br> MISC. ACTION NO. |

## ORDER

IT IS HEREBY ORDERED that the deposition subpoena issued by Lexmark International, Inc. on Andrew B. Cohen, Esq., former counsel for Static Control Components, Inc. ("Static Control"), on February 2, 2007 in the above-captioned matter, is QUASHED. It is further ordered that Lexmark International Inc. pay Static Control all attorneys fees reasonably associated with the preparation and argument in support of the motion to quash this subpoena.

LET JUDGMENT BE ENTERED accordingly.

JUDGE: _____

DATE: _____

*Copies to:*

Jason S. Shull
Charles E. Shivel, Jr.
Steven B. Loy
Hanly A. Ingram
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507

Mark T. Banner
Christopher J. Renk
Timothy C. Meece
Binal J. Patel
Matthew P. Becker
Jason S. Shull
BANNER & WITCOFF, LTD.
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

Joseph M. Potenza
Frederic M. Meeker
Christopher B. Roth
BANNER & WITCOFF, LTD.
1001 G Street, N.W., Suite 1100
Washington, DC 20001

W. Andrew Copenhaver*
Donald R. Esposito, Jr.
Hada V. Haulsee
Mark N. Poovey
WOMBLE CARLYLE SANDRIDGE
AND RICE, PLLC
One West Fourth Street
Winston-Salem, NC 27101